# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

143667

DESMER G. WALCH and APRIL R. KIGGINS,
    Plaintiffs-Appellants,

v

WILLIAM P. WALCH, CYNTHIA WALCH,
SANDRA KILBOURNE, and NORTHERN
LABEL, INC.,
    Defendants-Appellees.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143667
COA: 296626
Oceana CC: 09-007513-CZ

_____/

On order of the Court, the application for leave to appeal the July 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

Clerk

p0125